IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELICA ECHEVARRIA<br>      Plaintiff, | : | |
| | | CIVIL ACTION |
| v. | : | NO. 14-2411 |
| | | |
| SCHINDLER ELEVATOR<br>CORP. and SCHINDLER<br>ENTERPRISES, INC.<br>      Defendants. | : | |

**ORDER**

AND NOW, this 26th day of January, 2015, upon consideration of Plaintiff's Motion to Remand (Doc. No. 7) and Defendants' Response thereto (Doc. No. 9), it is hereby ORDERED as follows:

(1) Plaintiff's Motion to Remand (Doc. No. 7) is GRANTED and the above-captioned matter is hereby remanded to the Philadelphia Court of Common Pleas;

(2) Defendants' Motion to Compel (Doc. No. 6) and Motion for Contempt (Doc. No. 8)[1] are DENIED as moot;

(3) The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones, II   J.

---

[1] Defendants file a Motion for Contempt and/or Sanctions against non-party Thomas Jefferson Health System for their alleged failure to comply with a subpoena and produce medical records.